# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **ANGELA LONG,** a Florida resident, § § § **Plaintiff,** § § v. § § **123 INSURANCE LLC,** a Florida Limited Liability Company, **ALEJANDRO POMAREDA**, a Florida resident, § § § § § § **Defendants.** § | Case No: 6:23-cv-02421-CEM-RMN |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to Allow Alternative for Defendants, it is this, _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion for Leave to Allow Alternative Service for Defendants be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**